## 11227.   WEST *v.* THOMPSON.

LUKE, J.   1. The right of the plaintiff to recover in this case depended upon his right to rescind the trade for fraud. And "the right to rescind for fraud in a horse-swap exists only where *actual* fraud has been committed, unless the right to rescind has been expressly reserved." *Cobb* v. *Pope,* 21 *Ga. App.* 103 (93 S. E. 1029), and cit.

2. Conceding that the plaintiff got the worse of the swap, and that he was thereby defrauded, the evidence fails to affirmatively show *actual*

fraud upon the part of the defendant; and, it not appearing that the plaintiff had expressly reserved the right to rescind the trade, that right did not exist. The verdict for the plaintiff, therefore, was unsupported by the evidence; and the court erred in overruling the defendant's motion for a new trial.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 14, 1920.

Trover; from city court of Carrollton—Judge Beall. December 15, 1919.

*Boykin & Boykin,* for plaintiff in error.
*E. T. Steed, Smith & Smith,* contra.